# Signature Preview Mode Formal Representation

Copyright Adobe Systems Incorporated, 2004-2010.  All rights reserved.
Updated September 21, 2010